# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141932 & (62)(65)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JEROME WALTER KOWALSKI,
       Defendant-Appellant.

SC: 141932
COA: 294054
Livingston CC: 08-017643-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 26, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the defendant's proffered expert testimony regarding the existence of false confessions, and the interrogation techniques and psychological factors that tend to generate false confessions, is admissible under MRE 702; (2) whether the probative value of the proffered expert testimony is substantially outweighed by the danger of unfair prejudice; and (3) whether the Livingston Circuit Court's order excluding the defendant's proffered expert testimony denies the defendant his constitutional right to present a defense.

The motion for leave to file brief amicus curiae is GRANTED. The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2011

                                   Clerk

y0322